**UNITED STATES of America, Plaintiff-Appellee,**

v.

**Kunta Kenta REDD, Defendant-Appellant.**

**No. 17-7426**

United States Court of Appeals, Fourth Circuit.

Submitted: January 18, 2018

Decided: January 23, 2018

Kunta Kenta Redd, Appellant Pro Se. Michael Gordon James, Scott Andrew Lemmon, Timothy Severo, OFFICE OF THE UNITED STATES ATTORNEY, Raleigh, North Carolina, for Appellee.

Before GREGORY, Chief Judge, and SHEDD and HARRIS, Circuit Judges.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Kunta Kenta Redd appeals from the district court's order denying his motions to reduce his sentence and transfer his case. On appeal, we confine our review to the issues raised in the Appellant's brief. *See* 4th Cir. R. 34(b). Because Redd's informal brief does not challenge the district court's disposition, Redd has forfeited appellate review of the court's order. *See Williams v. Giant Food Inc.*, 370 F.3d 423, 430 n.4 (4th Cir. 2004). Accordingly, we affirm the district court's judgment. We deny Redd's motion to appoint counsel and dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*